## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

PNC Bank, National Association
                              Plaintiff,

v.                                                                Case No.: 1:24−cv−12086
                                                                Honorable Franklin U. Valderrama

Andreto Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 24, 2025:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion and as supported by the exhibits thereto, the Court grants Plaintiff's request for alternative service [15]. Plaintiff may serve Defendants as follows: (1) sending the Summons and Complaint to Mihai Tomescu, individually and as agent of Andreto, Inc., at 6460 N. Claremont Ave. Basement, Chicago, IL 60645 via first class U.S. Mail and by certified mail, return receipt requested; (2) by posting the Summons and Complaint at 6460 N. Claremont Ave. Basement, Chicago, IL 60645; (3) sending the Summons and Complaint to Mihai Tomescu, individually and as agent of Andreto, at 1955 Landwehr Rd., Northbrook, IL 60062 via first class U.S. Mail and by certified mail, return receipt requested; and (d) by posting the Summons and Complaint at 1955 Landwehr Rd., Northbrook, IL 60062. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.